UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
**ENTERED**
March 30, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | CRIMINAL NO. 2:17-CR-772-01 |
| v. | § | |
| | § | |
| CHARLES D. HOLLEY, | § | |
| Defendant, | § | |
| | § | |
| and | § | |
| | § | |
| FIDELITY INVESTMENTS, | § | |
| Garnishee. | § | |

## FINAL ORDER OF GARNISHMENT

Defendant, Charles D. Holley, owes $202,296.00 in restitution and/or fine plus interest, and the United States has moved for a Final Order of Garnishment against the Defendant's nonexempt property. The Court, having considered the Government's application and any answers filed thereto, now finds that the entry of the Final Order of Garnishment is in all respects proper. Therefore, the Court ORDERS as follows:

1. Garnishee, Fidelity Investments, and its affiliates, successors, or assigns, is hereby ordered to pay to the United States within fifteen (15) days from the date of this Order the property that it has in its possession, custody, or control, including property coming into Garnishee's possession, custody,

or control from the date the Garnishee was served with the Writ, up to the amount of the debt owed in this case.  Garnishee is ordered to pay to the United States at least monthly the lesser of:

    a.  Twenty-five (25) percent of Defendant's disposable earnings, or

    b.  All amounts of Defendant's disposable earnings in excess of thirty (30) times the federal minimum hourly wage. *See* 15 U.S.C. § 1673(a).

"Disposable earnings" means that part of earnings remaining after all deductions required by law have been withheld.  *See* 28 U.S.C. §3002(1)(5).

2.   These sums are to be applied towards the Judgment rendered in criminal case number 2:17-CR-772-01.  Cashier's checks or money orders bearing criminal case number 2:17-CR-772-01 should be made payable and mailed to the UNITED STATES DISTRICT CLERK, ATTN; FINANCE, 1133 NORTH SHORELINE BLVD., CORPUS CHRISTI, TX 78401.

3.  Upon receipt, the United States District Clerk shall apply the funds towards the Restitution obligation imposed by the judgment rendered in criminal case number 2:17-CR-772-01.

4.  Garnishee shall continue to garnish Defendant's wages until debt is paid in full.

5.  The United States District Clerk is directed to deliver copies of this Order

to the following:

Fidelity Investments, and its affiliates, successors, or assigns
ADDRESS ON FILE
    Garnishee

Charles D. Holley
ADDRESS ON FILE
    Defendant

Gia Ocon
ADDRESS ON FILE
    Defendant's spouse

Anthony Franklyn
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
        Attorney for the United States of America

Signed in Corpus Christi, Texas on ____3/30/22_____,

2022.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

Final Order of Garnishment Page 3